

# Fourth Court of Appeals
## San Antonio, Texas

September 24, 2014

No. 04-14-00439-CV

**D&J ALEXANDER MANAGEMENT, LP**,
Appellant

v.

Raymond S. **DE LEON**, II, Trustee of The Delfina & Josefina Alexander Family Trust,
Appellees

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2013-PBA-000133 L2
Honorable Jesus Garza, Judge Presiding

# O R D E R

Appellant, D&J Alexander Management, LP, filed a notice of appeal from the trial court's "Order Granting Kazen, Meurer & Perez, L.L.P. Amended Authenticated Claim and Amended Motion for Payment of Temporary Attorney Ad Litem Fees" (payable to J. Francisco Tamez), entered in trial cause number 2013-PBA-000133L2. In a separate mandamus proceeding in this court, appellant/relator filed a petition for writ of mandamus seeking similar relief from the same order, but entered in trial cause number 2008-PB7-000016-L2.

On July 29, 2014, we abated this appeal for the purpose of resolving appellant/relator's petition for writ of mandamus in appellate cause number 04-14-00448-CV. On September 24, 2014, in the mandamus proceeding, this court issued an opinion in which a panel of this court concluded the trial court lacked jurisdiction to enter orders obligating appellant/relator to pay ad litem fees in trial cause number 2008-PB7-000016-L2. This opinion did not address the merits of any challenge raised by appellant to any orders in trial cause number 2013-PBA-000133L2.

It appears this court does not have jurisdiction to consider an appeal from the "Order Granting Kazen, Meurer & Perez, L.L.P. Amended Authenticated Claim and Amended Motion for Payment of Temporary Attorney Ad Litem Fees" (payable to J. Francisco Tamez), entered in trial cause number 2013-PBA-000133L2. Accordingly, if appellant does not agree with this court's initial review of its jurisdiction, appellant is hereby ORDERED to show cause in writing no later than October 6, 2014 why this appeal should not be dismissed for lack of jurisdiction. If appellant does not respond by October 6, 2014, this appeal is subject to dismissal for lack of jurisdiction.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of September, 2014.



_____
Keith E. Hottle
Clerk of Court